# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERT McKINNIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.   13-682-SCW |
| | ) |
| WEXFORD HEALTH SOURCE, INC., MARC HODGES, BETH TREDWAY, PHILLIP MARTIN, DR. JOHN COE, KIM WODS, PATRICIA POTTS, STACI ARBUCKLE, CLAUDIA DOWTY, KYLE HENTON, and ALAN DALLAS, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **WEXFORD HEALTH SOURCE, INC., MARC HODGES** and **BETH TREDWAY** were dismissed without prejudice on August 5, 2013, by an Order entered Chief Judge Michael J. Reagan (Doc. 6).

Defendants PHILLIP MARTIN, DR. JOHN COE, KIM WOODS, PATRICIA POTTS, CLAUDIA DOWTY, KYLE HENTON and ALAN DALLAS were granted summary judgment on December 16, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc. 143).

The remaining claims came before this Court for jury trial.   The issues have been tried and the jury has rendered its Verdict in favor of Defendant STACI ARBUCKLE and against Plaintiff BERL McKINNIE (Doc. 177).

**THEREFORE**, judgment is entered in favor of Defendants **WEXFORD HEALTH SOURCE, INC., MARC HODGES, BETH TREDWAY, PHILLIP MARTIN, DR. JON COE, KIM WOODS, PATRICIA POTTS, STACI ARBUCKLE, CLAUDIA DOWTY, KYLE HENTON** and

Case 3:13-cv-00682-SCW   Document 179   Filed 05/10/16   Page 2 of 2   Page ID #1526

**ALAN DALLAS** and against Plaintiff **BERL McKINNIE.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 10th day of May, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by**  */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**

Page **2** of **2**